IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| DUANE M. HUDSON, | § |
|    Plaintiff, | § |
| v. | § CASE NO. 8:20-cv-02048-WFJ-CPT |
| UNITED INVESTEXUSA 9, LLC D/B/A<br>NEW WESTERN ACQUISITIONS, | § |
|    Defendant. | § |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Duane M. Hudson ("Plaintiff") and Defendant United InvestexUSA 9, LLC d/b/a New Western Acquisitions ("Defendant" and with Plaintiff, the "Parties") file this Joint Stipulation of Dismissal and respectfully request that the Court dismiss this action and all claims that were asserted or could have been asserted with prejudice and each party bearing his or its own costs and attorneys' fees, with the Parties agreeing as follows:

- Plaintiff, individually and on behalf of his heirs and assigns, waives and releases Defendant, and its past and present parent companies, subsidiaries, divisions, affiliates, joint ventures, related entities, successors and assigns and each of their respective past and present officers, directors, shareholders, members, partners, employees, agents, attorneys, and representatives, from any and all known or unknown claims and obligations of any nature and kind, in law, equity or otherwise, arising out of or in any way related to agreements, events, acts or conduct at any time prior to the date of this Stipulation, including, but not limited to, any claims that directly or indirectly arise out of or are in any way connected to the allegations alleged in this action, and any other federal, state, or local law, common law, or any other statute, regulation, or law of any type; and

- Neither party will pay or seek payment from the other party in connection with this action or this Stipulation, and each party will bear his and its own costs and attorneys' fees.

Dated: April 15, 2021.

*s/ Brandon J. Gibson*
**Brandon J. Gibson, Esq.**
Florida Bar No.: 99411
bgibson@bjglawfirm.com
**The Law Office of Brandon J. Gibson, PLLC**
3800 Inverrary Blvd., Suite 401-T
Lauderhill, Florida 33319
Telephone: 754.229.1151
Facsimile: 844.761.1555

**ATTORNEY FOR PLAINTIFF
DUANE M. HUDSON**

*s/ Molly M. Jones*
**Molly M. Jones** (admitted *pro hac vice*)
Texas State Bar No.: 24100271
molly.jones@wickphillips.com
**Dana M. Hilzendager** (admitted *pro hac vice*)
Texas State Bar No.: 24106099
dana.hilzendager@wickphillips.com
**Wick Phillips Gould & Martin LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: 214.692.6200
Facsimile: 214.692.6255

and

**Michael J. Labbee**
Florida Bar No.: 106058
michael@phlfirm.com
**Tyler A. Hayden**
Florida Bar No.: 095205
tyler@phlfirm.com
**Phillips, Hayden & Labbee, LLP**
150 2ND Avenue N., Suite 770
St. Petersburg, Florida 33701
Telephone: 727.300.1399
Facsimile: 727.300.1389

**TRIAL COUNSEL FOR DEFENDANT
UNITED INVESTEXUSA 9, LLC D/B/A
NEW WESTERN ACQUISITIONS**